1040

[No. 18212-6-III. Division Three. February 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNISY FEDOT KONOVALOV, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-1-00114-8, Rebecca Margaret Baker, J., entered January 29, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 23077-1-II. Division Two. February 18, 2000.]

DARWIN A. MARLATT, ET AL., *Respondents*, v. TERENCE THOMPSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-12267-3, Vicki L. Hogan, J., entered January 30, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23656-7-II. Division Two. February 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY I. MEYER, *Petitioner.*

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00031-5, Joel M. Penoyar, J., entered July 24, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 18174-0-III. Division Three. February 22, 2000.]

TERRY L. GARVIN, *Appellant*, v. JAMES EISEMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00063-1, Robert D. Austin, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.